# EXHIBIT A

# WAVE
web accessibility evaluation tool

powered by
**WebAIM**

Styles:  OFF  ON

## Summary

Summary  Details  Reference  Order  Structure  Contrast

**21** Errors

**89** Contrast Errors

**186** Alerts

**139** Features

**137** Structural Elements

**1740** ARIA

View details ›

The following apply to the entire page:

*en*

Call for Product Pricing Ph: 631-289-9500 • Up to 60 Months Interest-Free Financing Available

About Us   Finance   Delivery   Privacy Policy

Shipping Policy   Refund Policy   Terms and Conditions

Contact Us   Guardian Furniture Protection Plan

Montage Protection Plan

*role* aria n"*

*role="presentation"*

Gallery Furniture

*aria* *role="presentation"* *tabindex=-1*

All categories   LOG   *role="presentation"*   *aria-label="Search"*

*aria-label="Product"*

Home   *aria*   *role="presentation"*   Home Entertainment

*aria-label="Breadcrumbs"*

## Home Entertainment

## Filters

### Assembly  —  +/−

☐  *aria*  *role="presentation"*  Assembly Required

☐  *aria*  *role="presentation"*  Fully Assembled (150)

Hi there, have a question? Text us here.

Text us

