# EXHIBIT B

powered by WebAIM

The following apply to the entire page:

Styles: OFF ON

Details

Summary Details Reference Order Structure Contrast

42 Errors

1 X Linked image missing alternative text

36 X Empty form label

1 X Empty heading

1 X Empty button

3 X Empty link

91 Contrast Errors

91 X Very low contrast

Loading...

Brand
Category
Collection
Color
Dimensions
Direct To Consumer
Material
Product Type
Rug Size
Style
*aria-label="Collection filters"*
*aria-label="Filters"*

Loading...

*tabindex=-1*
$69.99
h2
Danziar - Black - Bedroom Mirror
Signature Design by Ashley®
No reviews
Quick shop
Add to cart
*aria-label="Add to cart"*

*tabindex=-1*
$169.99
h2
Estelle - Table Lamp -
Champagne
*tabindex=-1*
*tabindex=0*
ıbel="Light Brown"*