UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

For: aw Offices of Joseph & Norinsberg

**Plaintiff / Petitioner:**  
MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

**Defendant / Respondent:**  
GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM,

**AFFIDAVIT OF SERVICE**  
Civil Action No:  
1:23-CV-10578

Date Filed: 12/04/2023

State of New York, County of Nassau) ss.:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in The State of New York.   That on Wednesday, December 13, 2023 AT 10:38 AM AT 2060 ROUTE 112, MEDFORD, NY 11763, actual place of business, deponent served the within SUMMONS IN A CIVIL ACTION CLASS ACTION COMPLAINT EXHIBITS A and B NOTICE OF INITIAL PRETRIAL CONFERENCE CIVIL COVER SHEET on GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM,

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:**   a defendant therein named, by delivering a true copy of each to YUSUF IWAD, SALESMAN, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description of person served:**  
Age: 40's    Ethnicity: Middle Eastern    Gender: Male    Weight: 200  
Height: 6'0"    Hair: Bald    Eyes: Brown    Relationship: Salesman / Authorized  
Other: N/A

Subscribed and Sworn to before me on this  
14th    day of    DECEMBER, 2023  
by the affiant who is personally known to me.

_Keith Hughes_  
Keith Hughes  
PEAK PROCESS SERVERS, INC.  
DCA Lic# 2079779-DCA  
48 Davis Avenue, Port Washington NY 11050  
Tel: 516.822.7070

_Jeremy E. Stephens_  
JEREMY E. STEPHENS  
Notary Public, State of New York  
No. 02ST5060541  
Qualified in Nassau County  
Commission Expires May 20, 2026

JEREMY E STEPHENS  
Notary Public, State of New York  
No. 02ST5060541  
Qualified in Nassau County  
Commission Expires May 20, 2026