UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>                Plaintiff,<br><br>-against-<br><br>GALLERY FURNITURE DESIGN CENTER INC.,<br><br>                Defendant. | 23-cv-10578 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case was filed on December 4, 2023. Dkt. 1. On December 13, 2023, a summons was returned executed, meaning an answer was due on January 3, 2024. Dkt. 7. To date, Defendant has not appeared, let alone answered.

      By March 4, 2024, at 5:00 p.m., Plaintiff shall file a letter informing the Court as to whether it plans to voluntarily dismiss its claims, file a default-judgment motion, or has another proposed course of action. The letter should also address whether the March 7 conference should go forward.

      SO ORDERED.

Dated: February 29, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                               United States District Judge