**Joseph & Norinsberg LLC**

Fighting for Employee Justice

Queens Office
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

Manhattan Office
110 East 59th Street, Suite 2300
New York, New York 10022

Newark Office
One Gateway Center, Suite 2600
Newark, New Jersey 07102

Philadelphia Office
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

Boston Office
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

Orlando Office
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
**jon@norinsberglaw.com**

March 1, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   Saunders v. Gallery Furniture Design Center, Inc.
            1:23-CV-10578 (AS)

Dear Judge Subramanian:

      The undersigned represents Michael Saunders ("Plaintiff") in the above referenced matter Against Defendant, GALLERY FURNITURE DESIGN CENTER, INC. ("Defendant") (collectively the "Parties"). Pursuant to this Honorable Court's Order, dated March 1, 2024,\ we write to inform this Court, that the Plaintiff intends to institute procedure to seek judgment by default, pursuant to Rule 55 of the Federal Rules of Civil Procedure, based upon Defendant's failure to answer or otherwise plead within a timely fashion and as required by the Fed.R.Civ.P..

      In addition, based upon the present circumstances, Plaintiff hereby requests that the scheduled Match 7, 2024 conference be adjourned while the instant motion is pendant and seeks clarification from Defendant as to their intent.

We thank the Court for its time and attention in this matter.

Sincerely,

Jon L. Norinsberg, Esq.

c.c.