UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>                         Plaintiff,<br><br>                   -against-<br><br>GALLERY FURNITURE DESIGN CENTER INC.,<br><br>                        Defendant. | 23-cv-10578 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      This case was filed on December 4, 2023. Dkt. 1. Defendant was served on December 13, 2023. Dkt. 7. On February 29, 2024, the Court ordered Plaintiff to update the Court on the status of this case, because there had been no further activity. Dkt. 8. Plaintiff said he intended to seek default judgment, and the Court set a deadline for March 14. Dkts. 9–10. Plaintiff has missed that deadline. Plaintiff must file for default judgment by March 22, 2024, or **risk having this case dismissed for failure to prosecute and failure to follow court orders**. Fed. R. Civ. P. 41(b).

      SO ORDERED.

Dated: March 18, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                    United States District Judge