**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and

                    **Plaintiff(s),**

              **- against -**

GALLERY FURNITURE DESIGN CENTER, INC

                    **Defendant(s),**
-----------------------------------------------------------X

1:23 **Civ.** 10578 (AS)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

December 4, 2023 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Gallery Furniture Design Center, Inc., d/b/a MYGAL

**by personally serving** Yusef Iwad, Salesman, authorized to accept service on behalf of Defend,

*and proof of service was therefore filed on* December 21,2023 *, Doc. #(s)* 7 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

March  20 **, 20** 24

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

              **By:** _____

                              **Deputy Clerk**