UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X          Docket No.:
MICHAEL SAUNDERS, on behalf of himself                         23 Civ. 10578 (AS)
and all others similarly situated,

                              Plaintiffs,
     -against-                                                 **NOTICE OF MOTION**

GALLERY FURNITURE DESIGN CENTER, INC.,
d/b/a MYGALLERYFURNITURE.COM,

                              Defendants.
----------------------------------------------------X


     **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.2, and upon the accompanying Declaration of Jon L. Norinsberg, Esq., submitted in support thereof, and all of the prior pleadings, proceedings and papers heretofore had herein, Plaintiff MICHAEL SAUNDERS, on behalf of himself, will move this Court at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York, 10007, on the ___ day of _____, 2024 , for an Order granting Plaintiff's default judgment against Defendant Gallery Furniture Design Center, Inc.,("Defendant"), based on Defendant's failure to appear or otherwise answer within the deadlines required by Fed. R. Civ. P. 12, and for such other and further relief as the Court may deem just and proper.

     A copy of the Clerk's Certificate of Default, a copy of the Complaint, and a proposed Order granting Default are annexed hereto.


Dated: New York, New York
      March 22, 2024

2

Respectfully Submitted,

**JON L. NORINSBERG, ESQ., PLLC**

Jon L. Norinsberg, Esq.
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Telephone No.: (212) 791-5396
Facsimile No.: (212) 406-6890
jon@norinsberglaw.com