UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>                       Plaintiff,<br><br>-against-<br><br>GALLERY FURNITURE DESIGN CENTER INC.,<br><br>                       Defendant. | 23-cv-10578 (AS)<br><br>ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING |

ARUN SUBRAMANIAN, United States District Judge:

On March 22, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 15.

It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **April 5, 2024**.  Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendant appear and show cause before this Court on **April 16, 2024, at 4:00 p.m.,** why an order should not be issued granting a default judgment against Defendant.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone. The parties should dial 646-453-4442 and enter conference ID 421 426 600#. No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default-judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

Case 1:23-cv-10578-AS   Document 17   Filed 03/25/24   Page 2 of 2

In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference. That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties shall file a proposed case management plan no later than the Thursday prior to the conference.

It is further ORDERED that Plaintiff serve Defendant with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: March 25, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

2