UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

JON L. NORINSBERG, ESQ., PLLC  
110 East 59th Street, Suite 2300  
New York, New York 10022

**Plaintiff / Petitioner:**  
MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

**Defendant / Respondent:**  
GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM,

## AFFIRMATION OF SERVICE

Case No:  
1:23-cv-10578-AS

Date Filed: 03/22/2024

State of New York, County of Nassau) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on Monday, March 25, 2024 AT 04:15 PM AT 2060 ROUTE 112, MEDFORD, NY 11763, actual place of business, deponent served the within NOTICE OF MOTION, DECLARATION OF JON L. NORINSBERG, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT, EXHIBITS A-H, PROPOSED ORDER FOR DEFAULT JUDGMENT upon GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM,

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant therein named, by delivering a true copy of each to STEVE (refused to provide last name), SALESMAN AT GALLERY FURNITURE DESIGN CENTER INC., d/b/a MYGALLERYFURNITURE.COM, a person of suitable age and discretion and who represented authority to accept service on behalf of the defendant.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on _____.

[ ] **Other:** GPS Coordinates: 40.80969064, -73.00243013; GPS Timestamp: 1711397716003

**Description:**  
Age: 40's   Ethnicity: Middle Eastern   Gender: Male   Weight: 165  
Height: 6'1"   Hair: Brown   Eyes: Brown   Relationship: Salesman  
Other: Last name refused.

*[signature]*

KEITH HUGHES  
PEAK PROCESS SERVERS, INC.  
DCA Lic# 2079779-DCA  
48 Davis Avenue, Port Washington NY 11050  
Tel: 516.822.7070

I affirm this 25th day of MARCH, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.